585 A.2d 387

STATE OF NEW JERSEY v. GEORGE WATSON, JR.

October 10, 1990.

Petition for certification denied.

585 A.2d 387

STATE OF NEW JERSEY v. THOMAS MURPHY.

October 10, 1990.

Petition for certification denied.

585 A.2d 387

STATE OF NEW JERSEY v. KEITH RICHARD DAVIS.

October 10, 1990.

Petition for certification denied.

585 A.2d 387

STATE OF NEW JERSEY v. MARTHA LEE REYES.

October 10, 1990.

Petition for certification denied.

585 A.2d 388

STATE OF NEW JERSEY v. MICHAEL CHAVIS.

October 10, 1990.

Petition for certification denied.